JENNIFER K. HOSTETLER
Nevada Bar No. 11994
jhostetler@lewisroca.com
JOHN MCCORMICK-HUHN
Nevada Bar No. 15961
jmccormick-huhn@lewisroca.com
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
(702) 949.8200
(702) 949.8378 facsimile

Attorneys for Defendant

*HMB LLC d/b/a and a/k/a Servehzah Bottle Shop and Tap Room*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR AGUIRRE-VILLANUEVA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HMB LLC d/b/a and a/k/a SERVEHZAH BOTTLE SHOP AND TAP ROOM; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,<br><br>Defendant. | CASE NUMBER: 2:23-cv-01001-CDS-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY DISCOVERY PENDING MEDIATION** |

    Plaintiff Victor Aguirre-Villanueva ("Plaintiff") and Defendant HMB LLC d/b/a and a/k/a Servehzah Bottle Shop and Tap Room ("Defendant") (collectively, the "Parties") by and through their respective counsel, hereby stipulate and respectfully request that the Court stay discovery pending completion of the parties' settlement discussions and anticipated mediation. The Parties believe the proposed stay is in their and the Court's best interests.

    In support of this request, the Parties provide the following information for the Court's consideration:

122095289.1

1.      On May 30, 2023, Plaintiff filed his Collective and Class Action Complaint with the Eighth Judicial District Court in and for Clark County, Nevada. *See* ECF No. 1-1. Thereafter, on June 29, 2023, Defendant removed the action to this Court. *See* ECF No. 1. Defendant filed its Answer (ECF No. 5) on June 30, 2023.

2.      The Parties' counsel held a Fed. R. Civ. P. 26(f) conference on July 10, 2023, and have discussed attempting early resolution in mediation.

3.      The parties recognize that substantial time and costs will be expended to review the considerable amount of documents to be produced in discovery, including pay and time records of the putative class, expert discovery, depositions, and motion practice. The parties agree that it is in their best interest to wait until the mediation process is complete prior to expending the resources necessary for protracted litigation.

4.      In order to conserve the parties' and the Court's resources, to promote judicial economy, and to increase the likelihood of a successful mediation, the parties have agreed, subject to the Court's approval, to stay all litigation proceedings for approximately 90 days, in order for the parties to select an available mediator and complete the agreed-upon mediation.

5.      In the event that the parties are unable to reach a resolution at the mediation, the parties agree to file a joint status report informing the Court of the same. The parties further agree to file a proposed discovery plan and scheduling order within two weeks of filing the joint status report.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

122095289.1

- 2 -

6.     This stipulation is made in good faith and not for the purposes of delay.

DATED this 14th day of August, 2023.

| GABROY | MESSER | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
|---|---|

By: */s/ Christian Gabroy*  
   Christian Gabroy, Bar No. 8805  
   Kaine Messer, Bar No. 14240  
   christian@gabroy.com  
   kmesser@gabroy.com  
   The District at Green Valley Ranch  
   170 South Green Valley Parkway  
   Suite 280  
   Henderson, NV 89012  
   Tel.: 702.259.7777  
   Fax: 702.259.7704

Attorney for Plaintiff

By: */s/ Jennifer K. Hostetler*  
   Jennifer K. Hostetler, Bar No. 11994  
   jhostetler@lewisroca.com  
   John McCormick-Huhn, Bar No. 15961  
   jmccormick-huhn@lewisroca.com  
   3993 Howard Hughes Parkway, Suite 600  
   Las Vegas, NV 89169  
   Tel.: 702.949.8200  
   Fax: 702.949.8398

Attorneys for Defendant

**IT IS SO ORDERED:**

_____  
UNITED STATES MAGISTRATE JUDGE

DATED: 8-14-2023

122095289.1

- 3 -