JENNIFER K. HOSTETLER
Nevada Bar No. 11994
jhostetler@lewisroca.com
JOHN MCCORMICK-HUHN
Nevada Bar No. 15961
jmccormick-huhn@lewisroca.com
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
(702) 949.8200
(702) 949.8378 facsimile

Attorneys for Defendant

HMB LLC d/b/a and a/k/a Servehzah Bottle Shop and Tap Room

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR AGUIRRE-VILLANUEVA, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>HMB LLC d/b/a and a/k/a SERVEHZAH BOTTLE SHOP AND TAP ROOM; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,<br><br>Defendant | CASE NUMBER:  2:23-cv-01001-CDS-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE STAY PENDING MEDIATION**<br><br>[ECF No. 10] |

Plaintiff Victor Aguirre-Villanueva ("Plaintiff") and Defendant HMB LLC d/b/a and a/k/a Servehzah Bottle Shop and Tap Room ("Defendant") (collectively, the "Parties") by and through their respective counsel, hereby stipulate and respectfully request that the Court extend the stay pending completion of the parties' mediation on December 14, 2023.

In support of this request, the Parties provide the following information for the Court's consideration:

122949842.1

1. On May 30, 2023, Plaintiff filed his Collective and Class Action Complaint with the Eighth Judicial District Court in and for Clark County, Nevada. *See* ECF No. 1-1. Thereafter, on June 29, 2023, Defendant removed the action to this Court. *See* ECF No. 1. Defendant filed its Answer (ECF No. 5) on June 30, 2023.

2. Upon the Parties' stipulation, on August 14, 2023, the Court entered an Order to Stay Discovery Pending Mediation, which stayed these proceedings for approximately 90 days (until November 13, 2023) in order for the parties to select an available mediator and complete an agreed-upon mediation. *See* ECF No. 8.

3. While the parties have selected a mediator, the Parties have not yet completed mediation. Mediation is scheduled for December 14, 2023 before the Honorable Elizabeth Gonzalez, Retired with Advanced Resolution Management.

4. The Parties are currently devoting their attention to the mediation and are hopeful they will reach a resolution that will avoid protracted litigation. In order to conserve the Parties' and the Court's resources, to promote judicial economy, and to increase the likelihood of a successful mediation, the Parties have agreed, subject to the Court's approval, to extend the current stay until December 14, 2023, in order for the parties to complete the mediation.

5. In the event that the parties are unable to reach a resolution at the mediation, the parties agree to file a joint status report informing the Court of the same. The parties further agree to file a proposed discovery plan and scheduling order within two weeks of filing the joint status report.

///
///
///
///
///
///
///
///

122949842.1

6. This stipulation is made in good faith and not for the purposes of delay.

DATED this 13th day of November, 2023.

| GABROY | MESSER | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
|---|---|

By: /s/ Kaine Messer
    Christian Gabroy, Bar No. 8805
    Kaine Messer, Bar No. 14240
    christian@gabroy.com
    kmesser@gabroy.com
    The District at Green Valley Ranch
    170 South Green Valley Parkway
    Suite 280
    Henderson, NV 89012
    Tel.: 702.259.7777
    Fax: 702.259.7704

Attorney for Plaintiff

By: /s/ Jennifer K. Hostetler
    Jennifer K. Hostetler, Bar No. 11994
    jhostetler@lewisroca.com
    John McCormick-Huhn, Bar No. 15961
    jmccormick-huhn@lewisroca.com
    3993 Howard Hughes Parkway, Suite 600
    Las Vegas, NV 89169
    Tel.: 702.949.8200
    Fax: 702.949.8398

Attorneys for Defendant

## ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED that the stay is continued an additional 30 days to allow the parties an opportunity to mediate on December 14, 2023.

IT IS FURTHER ORDERED that the parties must file a joint status report addressing the status of mediation on or before December 22, 2023.

IT IS FURTHER ORDERED that, if the parties are unable to reach a resolution at the mediation, they must file a proposed discovery plan and scheduling order within two weeks of filing the joint status report.

_____
UNITED STATES DISTRICT JUDGE
DATED: November 14, 2023

122949842.1

- 3 -