Christian Gabroy
Nev. Bar No. 8805
Kaine Messer
Nev. Bar No. 14240
GABROY | MESSER
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, Nevada 89012
Tel:   (702) 259-7777
Fax:   (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| VICTOR AGUIRRE-VILLANUEVA, individually and on behalf of all others similarly situated;<br><br>Plaintiff<br><br>vs.<br><br>HMB LLC d/b/a and a/k/a SERVEHZAH BOTTLE SHOP AND TAP ROOM; EMPLOYEE(S)/AGENT(S); DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,<br><br>Defendants | Case No.: 2:23-cv-01001-CDS-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE STAY PENDING MEDIATION**<br><br>(Second Request) |

Plaintiff Victor Aguirre-Villanueva ("Plaintiff") and Defendant HMB LLC d/b/a and a/k/a Servehzah Bottle Shop and Tap Room ("Defendant") (together the "Parties"), by and through their respective counsel of record, hereby stipulate and respectfully request that the Court extend the current stay for twenty-seven (27) days pending completion of the Parties' rescheduled mediation of January 10, 2024. This is the Parties' second request to extend the stay.

In support of this request, the Parties provide the following information for the Court's consideration:

1. On May 30, 2023, Plaintiff filed his Collective and Class Action

Complaint with the Eighth Judicial District Court in and for Clark County, Nevada. See ECF No. 1-1. Thereafter, on June 29, 2023, Defendant removed the action to this Court. See ECF No. 1. Defendant filed its Answer (ECF No. 5) on June 30, 2023.

2. Upon the Parties' stipulation, on August 14, 2023, the Court entered an Order to Stay Discovery Pending Mediation, which stayed these proceedings for approximately 90 days (until November 13, 2023) in order for the parties to select an available mediator and complete an agreed-upon mediation. *See* ECF No. 8

3. While the parties have selected a mediator, the Parties have not yet completed mediation. Mediation was scheduled for December 14, 2023 before the Honorable Elizabeth Gonzalez, Retired with Advanced Resolution Management.

4. This Court previously extended the stay in this matter through the Parties then-scheduled December 14, 2023 mediation. See ECF No. 11.

5. However, the mediation had to be rescheduled to January 10, 2024 due to schedule conflicts.

6. The Parties are currently devoting their attention to the mediation and are hopeful they will reach a resolution that will avoid protracted litigation. In order to conserve the Parties' and the Court's resources, to promote judicial economy, and to increase the likelihood of a successful mediation, the Parties have agreed, subject to the Court's approval, to extend the current stay until January 10, 2024, in order for the parties to complete the mediation

7. In the event that the Parties are unable to reach a resolution at the mediation, the parties agree to file a joint status report informing the Court of the same. The Parties further agree to file a proposed discovery plan and scheduling order within two weeks of filing the joint status report.

/ / /

8. This stipulation is made in good faith and not for the purposes of delay.

Dated this 19th day of December 2023.    Dated this 19th day of December 2023.

Respectfully submitted,    Respectfully submitted,

GABROY | MESSER    LEWIS ROCA ROTHGERBER CHRISTIE LLP

/s/ Christian Gabroy    /s/ Jennifer K. Hostetler
Christian Gabroy    Jennifer K. Hostetler
Nev. Bar No. 8805    Nev. Bar No. 11994
Kaine Messer    John McCormick-Huhn
Nev. Bar No. 14240    Nev. Bar No. 15961
The District at Green Valley Ranch    3993 Howard Hughes Parkway
170 South Green Valley Parkway    Suite 600
Suite 280    Las Vegas, NV 89169
Henderson, NV 89012    jhostetler@lewisroca.com
christian@gabroy.com    jmccormich-huhn@lewisroca.com
kmesser@gabroy.com    *Attorneys for Defendant*
*Attorneys for Plaintiff*

ORDER

Based on the parties' stipulation, IT IS ORDERED that the stay is extended to allow the parties an opportunity to mediate on January 10, 2024.

IT IS FURTHER ORDERED that the parties must file a joint status report addressing the status of mediation on or before January 25, 2024.

IT IS FURTHER ORDERED that, if the parties are unable to reach a resolution at the mediation, they must file a proposed discovery plan and scheduling order, within two weeks of filing the joint status report.

_____
United States District Judge

Dated: December 19, 2023