Christian Gabroy
Nev. Bar No. 8805
Kaine Messer
Nev. Bar No. 14240
GABROY | MESSER
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, Nevada 89012
Tel.   (702) 259-7777
Fax.   (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| VICTOR AGUIRRE-VILLANUEVA, individually and on behalf of all others similarly situated;<br><br>Plaintiff<br><br>vs.<br><br>HMB LLC d/b/a and a/k/a SERVEHZAH BOTTLE SHOP AND TAP ROOM; EMPLOYEE(S)/AGENT(S); DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,<br><br>Defendants | Case No.: 2:23-cv-01001-CDS-MDC<br><br>**STIPULATION AND ORDER TO DISMISS CLASS CLAIMS WITHOUT PREJUDICE** |

Plaintiff Victor Aguirre-Villanueva ("Plaintiff") and Defendant HMB LLC d/b/a and a/k/a Servehzah Bottle Shop and Tap Room ("Defendant") (together the "Parties"), by and through their respective counsel of record, pursuant to the amicable resolution achieved at mediation (*see* ECF No. 15) and in compliance with the January 30, 2024 Order of this Court (*see* ECF No. 16), hereby provide this Joint Status Report and furthermore stipulate to a dismissal without prejudice of Plaintiff's class and collective action claims (*see* ECF No. 1-1, pp. 10-12, 16).

Accordingly, the Parties agree to and stipulate as follows:

124011818.1

1. On May 30, 2023, Plaintiff filed his Complaint with Jury Demand. ECF No. 1-1.

2. On June 29, 2023, Defendant filed its Notice of Removal from the District Court of Clark County, Nevada, to the United States District Court for the District of Nevada. (ECF No. 1.)

3. On June 30, 2023, Defendant filed its Answer to Plaintiff's Complaint. (ECF No. 5.)

4. As previously indicated, at the January 10, 2024 mediation, and with the assistance of mediator Hon. Elizabeth Gonzalez (Ret.), the parties achieved amicable resolution on an individual basis. (ECF No. 15.)

5. The parties worked together in good faith regarding the necessary settlement papers and the ensuing settlement agreement was fully executed and exchanged on February 29, 2024.

6. As part of the agreement reached by the parties, Plaintiff's class and collective action claims are hereby dismissed without prejudice.

7. As further part of the agreement, exchange of settlement funds regarding Plaintiff's individual claims are due no later than fourteen (14) days following entry of this proposed Order.

/ / /

124011818.1

8. As further part of the agreement, the parties shall file a stipulation and order to dismiss with prejudice Plaintiff's remaining individual claims no later than seven (7) days from Plaintiff's receipt of the settlement funds.

Dated this 1st day of March 2024.

Respectfully submitted,

GABROY | MESSER

/s/ Christian Gabroy
Christian Gabroy
Nev. Bar No. 8805
Kaine Messer
Nev. Bar No. 14240
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, NV 89012
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff*

Dated this 1st day of March 2024.

Respectfully submitted,

LEWIS ROCA ROTHGERBER CHRISTIE LLP

/s/ John McCormick-Huhn
Jennifer K. Hostetler
Nev. Bar No. 11994
John McCormick-Huhn
Nev. Bar No. 15961
3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169
jhostetler@lewisroca.com
jmccormick-huhn@lewisroca.com
*Attorneys for Defendant*

### ORDER

Based on the parties' stipulation, plaintiff's collective and class action claims (ECF No. 1-1 at 9–12 (¶¶ 45–70)) are dismissed without prejudice.

IT IS HEREBY ORDERED that the exchange of settlement funds regarding plaintiff's individual claims are due by March 19, 2024.

IT IS FURTHER ORDERED that the parties must file a stipulation of dismissal as to plaintiff's remaining claims no later March 26, 2024.

_____
UNITED STATES DISTRICT JUDGE

Dated: March 4, 2024