Christian Gabroy
Nev. Bar No. 8805
Kaine Messer
Nev. Bar No. 14240
GABROY | MESSER
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, Nevada 89012
Tel:   (702) 259-7777
Fax:   (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| VICTOR AGUIRRE-VILLANUEVA, individually and on behalf of all others similarly situated; <br><br> Plaintiff <br><br> vs. <br><br> HMB LLC d/b/a and a/k/a SERVEHZAH BOTTLE SHOP AND TAP ROOM; EMPLOYEE(S)/AGENT(S); DOES 1-10; and ROE CORPORATIONS 11-20, inclusive, <br><br> Defendants | Case No.: 2:23-cv-01001-CDS-MDC <br><br> **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN Plaintiff Victor Aguirre-Villanueva ("Plaintiff") and Defendant HMB LLC d/b/a and a/k/a Servehzah Bottle Shop and Tap Room ("Defendant"), by and through their respective counsel of record, that this action shall be dismissed with prejudice.

/ / /

IT IS FURTHER STIPULATED AND AGREED that all parties will bear their own costs and attorneys' fees incurred in relation to this matter, unless otherwise agreed.

| Dated this 25th day of March 2024. | Dated this 25th day of March 2024. |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| GABROY | MESSER | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| /s/ Christian Gabroy | /s/ John McCormick-Huhn |
| Christian Gabroy<br>Nev. Bar No. 8805<br>Kaine Messer<br>Nev. Bar No. 14240<br>The District at Green Valley Ranch<br>170 South Green Valley Parkway<br>Suite 280<br>Henderson, NV 89012<br>christian@gabroy.com<br>kmesser@gabroy.com<br>*Attorneys for Plaintiff* | Jennifer K. Hostetler<br>Nev. Bar No. 11994<br>John McCormick-Huhn<br>Nev. Bar No. 15961<br>3993 Howard Hughes Parkway<br>Suite 600<br>Las Vegas, NV 89169<br>jhostetler@lewisroca.com<br>jmccormick-huhn@lewisroca.com |

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
United States District Judge

Dated: March 29, 2024

124235010.1